UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GENARO DE LUNA-LOPEZ, <br> ALEXANDER ORTIZ, <br> SAUL DE LUNA-LOPEZ, <br> and all others similarly <br> situated under 29 U.S.C. 216 (b), <br> *Plaintiffs*, <br><br> v. <br><br> A LAWN AND LANDCARE <br> SERVICES COMPANY LLC <br> and MARK RYGH, <br> *Defendants.* | § § § § § § § § § § § § § § | Cause No. 3:11-cv-01782-M |

## AGREED ORDER ON JOINT MOTION TO DISMISS

Came on for consideration this 12th day of February, 2014, the Joint Motion to Dismiss filed by the parties, wherein the parties Move the Court to dismiss Plaintiffs' claims with prejudice, with each of the parties to bear their own attorneys' fees, costs and expenses incurred in this cause, and with the Court to retain jurisdiction through January 31, 2015, to enforce the terms of the Settlement Agreement entered into by the parties. The Court, having reviewed the Motion, is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED that Plaintiffs' claims are dismissed with prejudice, with each of the parties to bear their own attorneys' fees, costs and expenses incurred in this cause, and the Court will retain jurisdiction through January 31, 2015, to enforce the terms of the Settlement Agreement entered into by the parties.

Signed this 12th day of February, 2014

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE